IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COMPLAINT OF:

GATEWAY CLIPPER, INC., as Owner of
the M/V Party Liner and Passenger Barge
Gateway Party Liner,
For Exoneration or Limitation of Liability

Civil Action No. 05-0984

Judge Joy Flowers Conti /
Magistrate Judge Mitchell

ELECTRONICALLY FILED

## CLAIMANT, RETHA M. HILL'S EXPERT DISCLOSURES AND DESIGNATIONS

Claimant, Retha M. Hill, Individually and as Administratrix of the Estate of Howard C. Hill, by her attorneys, Linton & Hirshman and The Moschetta Law Firm, P.C., hereby files her Expert Disclosures and Designations pursuant to Rule 26(a)(2) as follows:

I.

Any one or more of the following expert witnesses may be called at the time of trial to testify concerning:  their credentials; the cause of the Howard Hill's death, defects of the Party Liner and the Party Liner's officers'/owners'/operators' negligence and liability related thereto (including issues of corporate privity and/or knowledge);  Howard C. Hill's physical condition, diagnosis and prognosis, loss of earnings and loss of future earnings capacity, physical impairment, disability; treatment and medical expenses incurred; and matters related to any of the above, related to, sustained in or resulting from the incident made the basis of this lawsuit:

**Retained Experts:**

1.    Captain Mitchell S. Stoller

2.    Captain Pat Jamison

3.    Edward Gibson

4.      Ian B. Greenwald, M.D. FACEP

5.      Steven M. Simons, MD, FACP, FCCP

**Non-Retained Experts:**

1.      Evelyn Erokwu, M.D. (9/29/00 through 7/5/01)
         Kaiser Permanente
         5 Severance Circle
         Cleveland Heights, OH  44118

2.      Kaiser Permanente (2/22/95 through 5/5/03)
         10 Severance Circle
         Cleveland Heights, OH  44118

         Note:   All known medical record of the above treating physicians were provided
                 previously to defense counsel.

3.      Any other of Howard C. Hill's treating physicians.

Plaintiffs reserve the right to call any of the treating physicians or health care providers from Mercy Hospital regarding their care and treatment and findings as set forth in the previously produced records.

II.

The following expert witness may be called at the time of trial to testify concerning liability,

the cause of the accident, defects in Party Liner, her crew, officers, operators and owner's

negligence and liability regarding the incident and injuries sustained by Claimant as a result of the

incident made the basis of this lawsuit:

Captain Mitchell S. Stoller
Marex
30021 Tomas Street, Suite 300
Rancho Santa Marg., CA  92688
Telephone (949) 858-5475
 *Expert report dated 12/15/06, Curriculum Vitae attached as **Exhibit 1**.*

Captain Pat Jamison
J P Jamison Marine Consulting, Inc.
220 South College Street
Marion, KY  42064

Telephone (270) 965-4745
  *Expert report dated 12/15/06, Curriculum Vitae attached as **Exhibit 2***.

Edward Gibson
Three Rivers Marine Surveys
1016 3rd Avenue
Elizabeth, PA 15037
Telephone (412) 298-5393
  *Expert report dated 12/15/06, Curriculum Vitae attached as **Exhibit 3***.

III.

The following expert witness may be called at the time of trial to testify concerning Howard

C. Hill's vocational status and economic damages sustained as a result of the incident made the

basis of this lawsuit:

> *By agreement of the parties, this expert will be identified and report will be produced by 12/18/06.*

IV.

The following expert witness may be called at the time of trial to testify concerning Howard

C. Hill's injuries, prior condition, treatment rendered to him, the costs thereof and cause of death as

a result of the incident made the basis of this lawsuit:

Ian B. Greenwald M.D. FACEP
Department of Emergency Medicine – Emory University
531 Asbury Circle – Annex
Suite #340
Atlanta GA 30322
Telephone (404) 778 - 5975
  *Expert report dated 12/15/06 attached hereto as **Exhibit 4***.
  *Curriculum Vitae attached hereto as **Exhibit 5.***

Steven M. Simons, FACP, FCCP
Medical Director, Medical Affairs
Cedars-Sinai Health System
Clinical Professor of Medicine
UCLA School of Medicine
2300 south Flower Street, #101
Los Angeles, CA   90007
Telephone (310) 423-5288
  *Expert report dated 12/15/06 and Curriculum Vitae attached hereto as **Exhibit 6***.

V.

Claimant also designates any other parties' experts and/or fact witnesses, whose testimony or knowledge certain expert opinions or conclusions, and reserves the right to fully cross-examine these experts and/or fact witnesses on their various areas of interest/testimony including any witness who has testified by deposition or affidavit in this case.

VI.

Claimant reserves the right to elicit the opinion testimony from experts designated by other parties in this lawsuit.  In the event a present or future party designated an expert, but the party was dismissed for any reason from this suit or fails to call any designated expert, Claimant reserves the right to call any such party or any such expert previously designated by any party.

VII.

Claimant reserves the right to withdraw the designation of any expert and to re-designate the witness as a consulting expert who cannot be called by opposing counsel.

VIII.

Claimant reserves the right to supplement this designation with additional designation of experts within the time limits imposed by the Court or any alterations by subsequent court order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure or the Federal Rules of Evidence, and reserves the right to supplement the reports, opinions and conclusions of any of the above-designated experts as additional information becomes available, whether that information is from another party to the case or from information not presently available to the above experts as of the time their reports were prepared.

IX.

Claimant's Designation of Expert Witnesses is supplemental of all discovery requests seeking information regarding Claimant's expert witnesses or persons with knowledge of relevant facts.

Respectfully submitted,

LINTON & HIRSHMAN
700 West St. Clair Suite 300
Cleveland, OH  44113
          - and -
THE MOSCHETTA LAW FIRM, P.C.
Court Square Building
28 West Cherry Avenue
Washington, PA  15301
(724) 225-3060

Date: 12/15/2006                    By:    s/Stephen P. Moschetta
                                     Stephen P. Moschetta, Esquire
                                     PA ID No. 81495

                                     Attorneys for Claimant

{G:\CLIENTS\7906\1\plead\00005830.DOC}          5